| | |
|---|---|
| A CERTIFIED TRUE COPY<br>ATTEST<br><br>By Jakeia R. Mells on Aug 18, 2010<br><br>FOR THE UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Aug 03, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

FILED
AUG 23 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-338)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 85,341 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 18, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 8-19-2010
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

## SCHEDULE CTO-338 - TAG-ALONG ACTIONS

**DIST.  DIV.  C.A. #**        **CASE CAPTION**

ALABAMA NORTHERN
  ALN    2    10-21            Harvey Lee Montgomery, et al. v. Long-Lewis, Inc., et al.

CALIFORNIA NORTHERN
  CAN    3    10-3165          James Mack v. General Electric Co., et al.
  CAN    4    10-2927          Stefan Petryk v. General Electric Co., et al.

CONNECTICUT
  CT     3    09-216           Ann Beckwith, et al. v. General Electric Co., et al.
  CT     3    09-1531          Lori Holt, etc. v. General Electric Co., et al.
  CT     3    09-2074          Leo Cannon, et al. v. Buffalo Pumps, Inc., et al.

GEORGIA SOUTHERN
  GAS    5    10-53            Larry C. Barnes, etc. v. CSX Transportation, Inc.
  GAS    5    10-61            Horace D. Lowman v. CSX Transportation, Inc., et al.

MICHIGAN EASTERN
  MIE    2    91-72010         Samuel S. Brown, et al. v. AC and S Inc., et al.
  MIE    2    91-72048         Williard C. Huggins, et al. v. AC and S, Inc., et al.

MISSISSIPPI SOUTHERN
  MSS    1    02-134           Mable Lenell Hancock, et al. v. Minnesota Mining &
                               Manufacturing Co., et al.

NEW YORK WESTERN
  ~~NYW   6   10-6345~~        ~~Gail Garner, et al. v. DII Industries, LLC Asbestos PI, et al.~~ Opposed 8/17/10

RHODE ISLAND
  RI     1    10-282           Stanley E. Trew, et al. v. Air & Liquid Systems Corp., et al.

VIRGINIA EASTERN
  VAE    2    10-9683          James D. Harman v. American Standard, Inc., et al.
  VAE    2    10-9684          George C. Dado v. American Standard, Inc., et al.
  VAE    2    10-9685          Allen R. Harksen v. The Budd Co., et al.
  VAE    2    10-9686          Charles T. Poling v. American Standard, Inc., et al.
  VAE    2    10-9687          Larry D. Thompson v. American Standard, Inc., et al.
  VAE    2    10-9688          Thomas M. Bijold v. American Standard, Inc., et al.

WASHINGTON WESTERN
  ~~WAW   2   10-1121~~        ~~Barbara Jean Lewis, etc. v. Albay Construction Co., et al.~~

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION
         MDL 875

Dear Clerk:

The enclosed certified copy of a Conditional Transfer Order (CTO-338) from the Judicial Panel is being sent to you regarding the involved action(s) listed on the attached schedule included in this mailing. These case(s) have been properly identified as multi district litigation asbestos cases.

**\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

*Tom Dempsey*

Tom Dempsey
MDL Docketing Clerk

Enclosure