**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MACK, | Case No: 3:10-cv-03165-CRB |
| Plaintiff, | **ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT TODD PACIFIC SHIPYARDS CORPORATION** |
| vs. | |
| GENERAL ELECTRIC COMPANY, *et al.*, | |
| Defendants. | |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant TODD PACIFIC SHIPYARDS CORPORATION are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: August 7, 2014         By: /s/ *(signature)*
                                  Charles R. Breyer
                                  United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT TODD PACIFIC SHIPYARDS CORPORATION