GILBERT L. PURCELL, ESQ., S.B. #113603
KIMBERLY J. CHU, ESQ., S.B. #206817
Email: kchu@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES MACK, | Case No. 3:10-cv-03165-CRB |
| BEVERLEY JAMES LOWE, | Case No. 3:12-cv-05227-CRB |
| KERRY O'BRIEN | Case No. 3:06-cv-03724-CRB |
| Plaintiffs, | ORDER ALLOWING TRIAL EQUIPMENT |
| vs. | |
| GENERAL ELECTRIC COMPANY, *et al.*, | Trial Date: August 18, 2014<br>Judge: Hon. Charles R. Breyer<br>Courtroom 6 - 17th Floor |
| Defendants.<br>Plaintiffs, | |

1  Plaintiffs require the following items to be allowed into the above courtroom on or
2  before August18, 2014 for trial setup, as well as for trial commencing on August 18, 2014:
3  Plaintiffs' Exhibit binders
4  Richard Cohen Binders
5  Laptops (2)
6  Exemplar: Thermal Tape w/ Amosite Filler
7  Exemplar: Eagle Pitcher Insulating Cement
8  Exemplar: Unibestos Pipe Covering
9  Exemplar: Pabco Block Insulation
10 Exemplar: Asbestos Cloth (Blue Grade A  85% Crysotile)
11 Exemplar: Asbestos Cloth (Green Grade C 95% Crysotile)
12 Exemplar: Asbestos Pipe Insulation
13 Exemplar: Asbestos Blanket
14 Exemplar: Unibestos Unarco Pipe Covering 3ft Long
15 Exemplar: Cal- Sil 1/2 Round Pipe Covering 3ft Long
16 ELMO
17 DVD player
18 VCR
19 Speakers (2)
20 Easels (2)
21 Box of easel pads (2)
22 Screen
23 Projector
24 Trial Boards
25 Tool box
26 AV cords (4)
27 Stapler
28 Asbestos sample

1. Remotes for VCR, DVD, Projector and ELMO
2. Packing tape
3. Scotch tape
4. Box of felt pens
5. Extension cord
6. Table
7. Power strip

Dated:  August 12, 2014                              BRAYTON❖PURCELL LLP

                                                By:  s/ Kimberly J. Chu
                                                Kimberly J. Chu, Esq., S.B. #206817
                                                Email: kchu@braytonlaw.com
                                                Tel: (415) 898-1555
                                                Fax: (415) 898-1247
                                                Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated:  August 12, 2014

Charles Breyer
United S...

IT IS SO ORDERED
Judge Charles R. Breyer